# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 17, 2012

No. 11-30739
Summary Calendar

Lyle W. Cayce
Clerk

CYNTHIA L. BUTTS,

Plaintiff - Appellant

v.

DRESS BARN, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC 5:10-CV-15

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The plaintiff has been given extensive attention and opportunity to proceed with her claim despite her refusal to respond to orders and consent to discovery. Judgment was rendered dismissing the case for failure to prosecute.

Plaintiff presents this court no legal error by the district court. Consequently this court can only affirm.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.